UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8526-AG (DFM) | Date | September 23, 2013 |
|---|---|---|---|
| Title | Ramon Botello v. Kelly Harrington, Warden | | |

| Present: The Honorable | Douglas F. McCormick | |
|---|---|---|
| Terri Steele | | n/a |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| n/a | | n/a |

**Proceedings:**     (In Chambers) Order to Show Cause re: Lifting of Stay

   This case has been re-assigned to the calendar of the above-captioned U.S. Magistrate Judge. This Court has reviewed the docket in this matter.

   On October 14, 2011, Petitioner filed a petition for writ of habeas corpus containing four exhausted and six unexhausted claims. Dkt. 1. On November 7, 2011, Petitioner requested that this Court stay his federal habeas petition while he exhausted the unexhausted claims in state court. Dkt. 4. On December 28, 2011, this Court denied Petitioner's request for a stay, finding that had failed to show good cause warranting a stay. Dkt. 11 at 2. The Court informed Petitioner that he could elect the opportunity to dismiss his unexhausted claims and move for a stay of the remaining fully exhausted claims, pursuant to Kelly v. Small, 315 F.3d 1063 (9th Cir. 2003). Id. at 3.

   On March 20, 2012, Petitioner filed his "Response to December Order," in which he elected to dismiss his unexhausted claims from his petition and seek a stay of the remaining claims. Dkt. 12. The Court accordingly granted Petitioner's request, thereby dismissing his unexhausted claims (claims four, five, six, seven, nine, and ten) and while staying his exhausted claims (claims one, two, three, and eight) while he returned to state court. Dkt. 13 at 1.

   On February 5, 2013, this Court ordered Petitioner to file a status report within 14 days indicating the status of his state habeas petition. Dkt. 20. On June 21, 2013, having received no response to its February 5, 2013 order, this Court again directed Petitioner to file a status report within 14 days indicating the status of his state habeas petition. Dkt. 21. The previously-assigned U.S. Magistrate Judge also "expressly warned Petitioner that his failure to comply with the terms of this minute order may result in the stay being lifted and the Court proceeding to adjudicate the Petition." Id.

   Petitioner has not filed any response to the Court's June 21 order.

///
///
///

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-8526-AG (DFM) | Date | September 23, 2013 |
|---|---|---|---|
| Title | Ramon Botello v. Kelly Harrington, Warden | | |

    IT THEREFORE IS ORDERED that, on or before **October 23, 2013**, Petitioner show cause in writing, if he has any, why the Court should not lift the stay previously ordered by the Court on March 20, 2012 (Dkt. 13) and order Respondent to file an Answer to the four exhausted claims in Petitioner's habeas corpus petition.

|  | : |  |
|---|---|---|
| Initials of Clerk | ts | |