JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAMON BOTELLO, | No. CV 11-08526-AG (DFM) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| KELLY HARRINGTON, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: April 30, 2016

ANDREW J. GUILFORD
United States District Judge